STATE *vs.* HENRY E. MAILEY

MAY 26, 1958.

PRESENT: Condon, C. J., Roberts and Andrews, JJ.

PER CURIAM. This is a motion by the State to remand the above-entitled cause to the district court of the sixth judicial district for the purpose of filing in that court a discontinuance of the complaint herein involved. After a hearing on said motion, we reserved decision. Now, upon further consideration thereof, we are of the opinion that the motion should be granted.

It is therefore ordered that the cause be remanded to said district court with direction to enter an order of discontinuance.

*J. Joseph Nugent,* Attorney General, *F. Thomas O'Halloran,* Special Counsel, for state.

*Aram K. Berberian,* for defendant.